**Samuel W. BENNETT,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1996.

Decided April 8, 1996.

Timothy P. Wile, Harold H. Cramer, Philadelphia, John L. Heaton, Harrisburg, for the Com.

Robert B. McGuinness for Samuel Bennett.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.